UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| IN RE: | Case No. 04-13259 |
| HOLLYWOOD CASINO SHREVEPORT, et. al. | JOINTLY ADMINISTERED |
| Debtors | CHAPTER 11 |

### APPOINTMENT OF CHAPTER 11 NON-BONDHOLDER UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102, the United States Trustee for Region 5 hereby appoints the following non-bondholder creditors holding unsecured claims in the above styled and numbered case to serve on the non-bondholder unsecured creditors' committee:

| NAME OF CREDITOR | REPRESENTATIVE |
|---|---|
| Broadmoor/Roy Anderson Corp., A Joint Venture<br>201 St. Charles Avenue, Suite 3300<br>New Orleans, LA 70170-3300<br>Telephone No. (504) 581-3300<br>Fax No. (504) 581-3310 | Marguerite K. Kingsmill |
| Shreveport Paddlewheels LLC<br>2609 Canal St., 5th Floor<br>New Orleans, LA 70119<br>Telephone No. (504) 822-2136<br>Fax No. (504) 822-2179 | Kelly A. Loise |
| American Tile & Marble, Inc.<br>820 Jordan Street, Suite 480<br>Shreveport, LA 71101<br>Telephone No. (318) 222-0293<br>Fax (318) 425-1644 | Charles H. Kammer, III |
| Greenwich Insurance Company<br>509 Market Street, Suite 800<br>Shreveport, LA 71101<br>Telephone No. (318)424-4342<br>Fax No. (318) 226-0168 | Randall Davidson, Davidson, Jones & & Summers |

| | |
|---|---|
| Mary Galvan<br>2790 Fairfield Avenue<br>Shreveport, LA 71104<br>Telephone No. (318)222-5200<br>Fax No. (318) 222-5289 | J. Allen Cooper |

Dated: November 19, 2004

Respectfully Submitted,

R. MICHAEL BOLEN
United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By: /s/ *Ronald H. McAlpin*
RONALD H. MCALPIN (MSB # 2182)
Assistant U. S. Trustee
100 West Capitol Street, Suite 706
Jackson, MS 39269
Telephone No. (601) 965-5247
Fax No: (601) 965-5226
Email Address: ronald.mcalpin@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| IN RE: | Case No.    04-13259 |
| HOLLYWOOD CASINO SHREVEPORT, et. al. | JOINTLY ADMINISTERED |
| Debtors | CHAPTER 11 |

## NOTICE OF APPOINTMENT OF CHAPTER 11 NON-BONDHOLDER UNSECURED CREDITORS' COMMITTEE

**NOTICE IS HEREBY GIVEN** that the United States Trustee has appointed a non-bondholder unsecured creditors' committee in the above referenced case, those members being those listed on the attached Appointment of Non-Bondholder Unsecured Creditors' Committee.

Dated: November 19, 2004

Respectfully Submitted,

R. MICHAEL BOLEN
United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By:    /s/ *Ronald H. McAlpin*
RONALD H. MCALPIN (MSB # 2182)
Assistant U. S. Trustee
100 West Capitol Street, Suite 706
Jackson, MS 39269
Telephone No. (601) 965-5247
Fax No: (601) 965-5226
Email Address: ronald.mcalpin@usdoj.gov